**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>   David G Dunaway<br>   Licia J Dunaway<br>           Debtor(s) | Case No. 14-44533 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/15/2014.

2) The plan was confirmed on 02/06/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 04/10/2017.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 12/14/2018.

5) The case was converted on 02/13/2019.

6) Number of months from filing to last payment: 48.

7) Number of months case was pending: 50.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $7,400.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $16,915.88 |
| Less amount refunded to debtor | $74.15 |

**NET RECEIPTS:** $16,841.73

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $4,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $834.71 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,834.71

Attorney fees paid and disclosed by debtor: $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| BARRINGTON ORTHOPEDIC | Unsecured | 206.46 | 162.17 | 162.17 | 15.38 | 0.00 |
| CAVALRY SPV I LLC | Unsecured | NA | 934.07 | 934.07 | 81.09 | 0.00 |
| CERASTES LLC | Unsecured | 390.00 | 490.00 | 490.00 | 46.47 | 0.00 |
| CERASTES LLC | Unsecured | NA | 660.00 | 660.00 | 47.74 | 0.00 |
| CHECKADVANCEUSA.NET/WLCC | Unsecured | 679.79 | 679.79 | 679.79 | 64.47 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 579.45 | 818.58 | 818.58 | 66.15 | 0.00 |
| ECMC | Unsecured | 7,167.22 | 7,956.82 | 7,956.82 | 530.97 | 0.00 |
| ECMC | Unsecured | 34,523.43 | 38,898.74 | 38,898.74 | 3,688.90 | 0.00 |
| EDGERTON & EDGERTON | Unsecured | 3,935.58 | 5,503.10 | 5,503.10 | 521.88 | 0.00 |
| EXTRA CREDIT UNION | Unsecured | 1,700.10 | 2,421.99 | 2,421.99 | 218.12 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 867.51 | 867.51 | 70.10 | 0.00 |
| MICHIGAN DEPT OF TREASURY/REV | Unsecured | NA | 451.63 | 451.63 | 31.40 | 0.00 |
| MICHIGAN DEPT OF TREASURY/REV | Unsecured | 449.98 | 825.76 | 825.76 | 66.72 | 0.00 |
| NICOR GAS | Unsecured | 146.32 | 146.32 | 146.32 | 0.00 | 0.00 |
| PATELCO CU | Secured | 6,264.89 | 6,264.89 | 6,264.89 | 5,170.96 | 776.93 |
| PATELCO CU | Unsecured | NA | 5,916.60 | 5,916.60 | 561.10 | 0.00 |
| 500 FAST CASH | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| ACE CASH SERVICES | Unsecured | 275.00 | NA | NA | 0.00 | 0.00 |
| ADVENTIST GLEN OAKS HOSPITAL | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| AIP CASH WORLDWIDE | Unsecured | 325.00 | NA | NA | 0.00 | 0.00 |
| ALEXIAN BROTHERS MEDICAL CENT | Unsecured | 289.00 | NA | NA | 0.00 | 0.00 |
| ALL CREDIT LENDERS | Unsecured | 819.82 | NA | NA | 0.00 | 0.00 |
| AMERICAN CREDIT ASSOCIATION | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN PROFIT RECOVERY | Unsecured | 111.00 | NA | NA | 0.00 | 0.00 |
| AMERILOAN | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| ANIMAL CLINIC OF STERLING HEIGH | Unsecured | 57.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---|---|---:|---:|
| ASSOCIATED PATHOLOGY CONSULT | Unsecured | 147.10 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED PATHOLOGY CONSULT | Unsecured | 295.80 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 116.33 | NA | NA | 0.00 | 0.00 |
| ATI PHYSICAL THERAPY | Unsecured | 475.30 | NA | NA | 0.00 | 0.00 |
| AUN | Unsecured | 475.00 | NA | NA | 0.00 | 0.00 |
| ELMHURST CLINIC | Unsecured | 78.00 | NA | NA | 0.00 | 0.00 |
| ELMHURST MEMORIAL | Unsecured | 1,606.85 | NA | NA | 0.00 | 0.00 |
| ELMHURST MEMORIAL | Unsecured | 811.20 | NA | NA | 0.00 | 0.00 |
| ELMHURST MEMORIAL HOSPITAL | Unsecured | 960.96 | NA | NA | 0.00 | 0.00 |
| ELMHURST MEMORIAL HOSPITAL | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| ELMHURST RADIOLOGISTS | Unsecured | 6.45 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 325.00 | NA | NA | 0.00 | 0.00 |
| COMENITY FASHION BUG | Unsecured | 292.98 | NA | NA | 0.00 | 0.00 |
| BINSON HOSPITAL SUPPLIES | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL DUPAGE HOSPITAL | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| CHURCHILL RESOLUTION | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| CINGULAR WIRELESS | Unsecured | 1,129.30 | NA | NA | 0.00 | 0.00 |
| CLEARWATER BAY MARKETING | Unsecured | 325.00 | NA | NA | 0.00 | 0.00 |
| CMG GROUP | Unsecured | 650.00 | NA | NA | 0.00 | 0.00 |
| NORTHSHORE UNIVERSITY HEALTH | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| NORTHWAY FINANCIAL | Unsecured | 762.00 | NA | NA | 0.00 | 0.00 |
| MYCASH NOW | Unsecured | 852.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL CASH ADVANCE | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| DETROIT EDISON | Unsecured | 1,400.00 | NA | NA | 0.00 | 0.00 |
| DOCTORS IMMEDIATE CARE | Unsecured | 154.00 | NA | NA | 0.00 | 0.00 |
| DTE | Unsecured | 1,411.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 275.00 | NA | NA | 0.00 | 0.00 |
| GLEN OAKS CARDIOLOGY | Unsecured | 215.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK NEVADA | Unsecured | 353.72 | NA | NA | 0.00 | 0.00 |
| KAPLAN UNIVERSITY | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| MAGNUM CASH ADVANCE | Unsecured | 763.00 | NA | NA | 0.00 | 0.00 |
| METRO CREDIT UNION | Unsecured | 3,420.58 | NA | NA | 0.00 | 0.00 |
| METRO PARAMEDICS ELMHURST | Unsecured | 681.34 | NA | NA | 0.00 | 0.00 |
| METROPOLITAN CARDIOVASCULAR | Unsecured | 162.60 | NA | NA | 0.00 | 0.00 |
| SPRINGLEAF FINANCIAL | Unsecured | 1,054.08 | NA | NA | 0.00 | 0.00 |
| STAR CASH PROCESSING | Unsecured | 675.00 | NA | NA | 0.00 | 0.00 |
| STATE OF LOUISIANA | Unsecured | 34.50 | NA | NA | 0.00 | 0.00 |
| SUPERIOR AIR GROUND AMB SERV | Unsecured | 257.23 | NA | NA | 0.00 | 0.00 |
| T MOBILE | Unsecured | 934.26 | NA | NA | 0.00 | 0.00 |
| US BANK | Unsecured | 389.32 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Unsecured | 434.41 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF GLENDALE HEIGHTS | Unsecured | 194.81 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF MELROSE PARK | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF OAK BROOK | Unsecured | 71.37 | NA | NA | 0.00 | 0.00 |
| WESTBURY VENTURES | Unsecured | 280.00 | NA | NA | 0.00 | 0.00 |
| WHITE HILLS CASH | Unsecured | 272.79 | NA | NA | 0.00 | 0.00 |
| WIDE OPEN WEST | Unsecured | 66.09 | NA | NA | 0.00 | 0.00 |
| WILLIAMS BEAUMONT HOSPITAL | Unsecured | 86.25 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 313.76 | NA | NA | 0.00 | 0.00 |
| WORLD WIDE CASH | Unsecured | 280.00 | NA | NA | 0.00 | 0.00 |
| ELMHURST CLINIC | Unsecured | 266.35 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| SHORT TERM LOAN | Unsecured | 577.75 | 602.00 | 602.00 | 48.64 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $6,264.89 | $5,170.96 | $776.93 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$6,264.89** | **$5,170.96** | **$776.93** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$67,335.08** | **$6,059.13** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,834.71 |
| Disbursements to Creditors | $12,007.02 |
| **TOTAL DISBURSEMENTS :** | **$16,841.73** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 02/19/2019              By: /s/ Glenn Stearns
                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**